BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
**WILLIAM M. HUMPHRIES, WASHINGTON STATE BAR NO. 44452**
**ASSISTANT UNITED STATES ATTORNEY**
DISTRICT OF IDAHO
1290 W. MYRTLE ST., SUITE 500
BOISE, ID 83702
TELEPHONE: (208) 334-1211
FACSIMILE:   (208) 334-9375
Email: Bill.Humphries@usdoj.gov

Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>AARON CAMPOS and CAMPOS MARKET #2, LLC,<br><br>          Defendants. | Case No.<br><br>**COMPLAINT** |

COMES NOW the United States of America, by and through Bart M. Davis, U.S. Attorney for the District of Idaho, and the undersigned Assistant United States Attorney, and in support of this complaint alleges and states as follows:

**PARTIES, JURISDICTION, AND VENUE**

1.      Plaintiff is the United States of America proceeding in its sovereign capacity under 28 U.S.C. § 1345.

2.      Defendants are:

**COMPLAINT - 1**

        a.        Aaron Campos ("Defendant Campos"), a person of the full age of majority and domiciled in Idaho; and

        b.        Campos Market #2, LLC, an Idaho limited liability company in which Defendant Campos is the sole member and the registered agent.

3.        Jurisdiction exists pursuant to 28 U.S.C. §§ 1331 and 1345.

4.        Venue is proper in this judicial district under 28 U.S.C. § 1391(b)(1) and (b)(2).

## FACTS

5.        The United States and Defendant Campos, individually and as the sole member and the registered agent for Campos Market #2, LLC, entered into a Non-Prosecution Agreement (including exhibits thereto), attached hereto as Exhibit 1 and referred to as the "Agreement," that requires Defendants to pay restitution totaling $600,000.00 to the United States of America for the reasons set forth in the Agreement. The Agreement is incorporated herein in its entirety, including the exhibit to the Agreement, by this reference.

6.        In the Agreement, Defendants agree to pay $600,000.00 and agree to pay that sum according to the terms set forth in the Agreement. Defendants agree to pay $600,000.00 to the United States in order to repay fraudulently obtained funds to the United States and its agencies and programs. Campos Market #2, LLC was involved in the fraud.

7.        In the Agreement Defendants acknowledge that the United States would file a civil complaint and seek a judgment for the $600,000.00, and Defendants agree to the entry of a civil judgment holding them jointly and severally liable for said judgment.

8.        To facilitate the entry of a civil judgment for the $600,000.00, Defendants agree (as set forth in the Agreement) to execute a motion for entry of a civil consent judgment in favor of the United States and against Defendants, jointly and severally, for the sum of $600,000.00.

**COMPLAINT - 2**

## CAUSE OF ACTION

9. Based on the information set forth herein and because Defendants acknowledge being indebted to the United States and agree to a civil judgment, and pursuant to 28 U.S.C. § 3001, the United States prays that the Court enter judgment in its favor and against Defendants Campos and Campos Market #2, LLC, jointly and severally, in the amount of $600,000.00 with payment terms as articulated in the Agreement.

Respectfully submitted this 24th day of November, 2020.

BART M. DAVIS
UNITED STATES ATTORNEY
By:


*/s/ William M. Humphries*
WILLIAM M. HUMPHRIES
Assistant United States Attorney

**COMPLAINT - 3**